IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CV-24-FL

| | | |
|---|---|---|
| PATRICK SOLOMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNC HEALTHCARE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter comes before the court for review of plaintiff's *pro se* complaint pursuant to 28 U.S.C. § 1915(e). United States Magistrate Judge James E. Gates entered a memorandum and recommendation ("M&R"), pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), wherein it is recommended that the court dismiss plaintiff's complaint for lack of subject matter jurisdiction. Plaintiff did not object to the M&R. The magistrate judge determined that plaintiff's complaint must be dismissed due to Eleventh Amendment sovereign immunity of defendant. Upon careful review of the M&R and the record generally, finding no error in this determination, the court ADOPTS the findings and recommendations of the magistrate judge. Accordingly, plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B) for lack of subject matter jurisdiction. The clerk of court is directed to close the case.

SO ORDERED, this the 14th day of November, 2016.

_____
LOUISE W. FLANAGAN
United States District Court Judge