UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

PATRICK SOLOMON, )
 )
       Plaintiff, )
 )
v. ) **JUDGMENT**
 )
UNC HEALTHCARE, ) No. 5:16-CV-24-FL
 )
       Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered November 14, 2016, and for the reasons set forth more specifically therein, that this action is dismissed upon frivolity review under 28 U.S.C. § 1915(e)(2)(B), for lack of subject matter jurisdiction. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on November 14, 2016, and Copies To:**

Patrick Solomon at 3984 Neeley St., Apt. 207, Raleigh, NC 27606 (via U.S. Mail)

November 14, 2016                  JULIE RICHARDS JOHNSTON, CLERK
                                       /s/ Susan W. Tripp
                                       (By) Susan W. Tripp, Deputy Clerk